# LOIZIDES & ASSOCIATES

Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801
TEL: 302-654-0248
FAX: 302-654-0728
www.loizides.com

Christopher D. Loizides
*Admitted in DE, PA, NJ, NY and DC*
Michael J. Joyce
*Admitted in DE and PA*

Christopher D. Loizides
*Direct Dial:*
302-691-0575
loizides@loizides.com

March 7, 2005

**VIA HAND DELIVERY AND ECF FILING**

The Honorable Joseph J. Farnan
US District Court for the District of Delaware
844 N. King Street
Room 6124, Lockbox 27
Wilmington, DE 19801

Re: Michael Pope et al. v. Baron & Budd PC, et al, Appeal No. 1474

Dear Judge Farnan:

    I am Delaware counsel to the appellants in the above-appeal. I write to request a three-week extension of the deadline for the appellants to file their opening brief in this matter. Appellants requested the debtors' agreement to an extension last week and the debtors have taken this request under advisement. Due to the impending deadline, I felt it necessary to make this request at this time.

    The reasons for this request are most unfortunate. On the morning of February 28, appellants' lead counsel, Joseph Pope, passed away uexpectedly. Having appeared with Mr. Pope in Court just a few weeks ago when he seemed in perfect health, this was certainly a shock for me and everyone else who knew him.

    Mr. Pope was one of two partners at the firm of Cohen Pope. The other partner, Mr. Cohen, does not generally practice in litigation, has had no involvement in this appeal and virtually none in the underlying bankruptcy. Cohen Pope also has three associates, each of whom has had only limited involvement in this matter and are under pressure to adress many other pressing matters. As for my firm, we are serving only in a local capacity.

    Due to these circumstances, appellants request a three-week extension of the deadline to file their opening brief.

050307152201.DOCltr

I thank Your Honor for the Court's consideration in this matter.

Respectfully,

Christopher D. Loizides

CDL:
Cc: Laura Davis Jones, Esq. (via telecopier)
    Curtis Hehn, Esq. (via telecopier)
    Daniel K. Hogan, Esq. (via telecopier)

050307152201.DOCltr