

**PACHULSKI
STANG
ZIEHL
YOUNG
JONES
WEINTRAUB**

LAW OFFICES
PROFESSIONAL CORPORATION
WILMINGTON, DE
LOS ANGELES, CA
SAN FRANCISCO, CA
NEW YORK, NY

919 NORTH MARKET STREET
16th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

TELEPHONE: 302/652 4100
FACSIMILE: 302/652 4400

LOS ANGELES
10100 SANTA MONICA BLVD.
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE: 310/277 6910
FACSIMILE: 310/201 0760

SAN FRANCISCO
THREE EMBARCADERO CENTER
SUITE 1020
SAN FRANCISCO
CALIFORNIA 94111-4023

TELEPHONE: 415/263 7000
FACSIMILE: 415/263 7010

NEW YORK
461 FIFTH AVENUE
25th FLOOR
NEW YORK
NEW YORK 10017-6234

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

WEB: www.pszyjw.com

Laura Davis Jones                 March 8, 2005                 ljones@pszyjw.com
                                                                (302) 778-6401

**VIA HAND DELIVERY AND ECF FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 N. King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

      Re:   Michael Pope et al. v. Baron & Budd PC, et al.
           Appeal No. 1474

Dear Judge Farnan:

    Our office is counsel to ACandS, Inc. I write in response to the letter dated March 7, 2005 forwarded to Your Honor by Christopher Loizides, counsel to the Appellants.

    As ACandS, Inc. has taken no position with respect to the issues giving rise to the referenced appeal, we obviously have no position with the requested extension. We have, however, suggested to Appellants' counsel that they discuss the extension with the other parties in the case.

Respectfully submitted,

Laura Davis Jones

LDJ:dp
cc:   James Hipolit, Esquire
      David B. Killea, Esquire
      Christopher D. Loizides, Esquire
      Stacy B. Krieger, Esquire
      Daniel K. Hogan, Esquire
      (all via telecopier)

68700-001\DOCS_DE:106288.1