IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ACandS, Inc.

| | |
|---|---|
| MICHAEL POPE, ANTHONY DEFABBO, ERIC TRAVERS, | Civil Action No. 04-1474 (JJF) |
| Appellants, | |
| v. | Bankruptcy Case No. 02-12687 (JKF) |
| | Adversary No. 04-119 |
| BARON & BUDD, P.C., et al., | |
| Appellees. | |

**ORDER DISMISSING APPEAL**
**PURSUANT TO BANKRUPTCY RULE 8001(c)(2)**

WHEREAS, on November 1, 2004, Appellants filed a Notice of Appeal of the Order of the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, issued in this case on October 22, 2004 (the "Appeal");

AND WHEREAS, pursuant to Bankruptcy Rule 8001(c)(2), the parties to this action have entered into a Stipulation of Voluntary Dismissal of the Appeal dated April ___, 2005.

NOW THEREFORE, IT IS HEREBY ORDERED that:

The Appeal is hereby dismissed.

IT IS FURTHER ORDERED that:

The parties shall bear any costs or fees associated with this appeal or the voluntary dismissal thereof, such costs and fees to be borne by that party which incurred the respective cost or fee.

Dated: April ___, 2005

_____
UNITED STATES DISTRICT JUDGE