IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: ACandS, Inc.

| | |
|---|---|
| MICHAEL POPE, *et al.*, | Civil Action No. 04-1474 (JJF) |
| Appellants, | |
| v. | |
| | Bankruptcy Case No. 02-12687 (JKF) |
| BARON & BUDD, P.C., *et al.*, | |
| | Adversary Case No. 04-119 (PBL) |
| Appellees | |

**CERTIFICATE OF SERVICE**

I, Christopher D. Loizides, do hereby certify that on the 7th day of April 2005, I did cause to be served true and correct copies of the **Stipulation of Voluntary Dismissal of Appeal Pursuant to Bankruptcy Rule 8001(c) (2)** on the parties listed on the attached service list, as indicated thereon.

Dated: April 7, 2005

_____
Christopher D. Loizides (No. 3968)
LOIZIDES & ASSOCIATES
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728
E-mail: Loizides@loizides.com

*Counsel for Appellants Michael Pope, Anthony DeFabbo and Eric Travers*

050407145632.DOC

## SERVICE LIST

**VIA FIRST CLASS MAIL**
Daniel K. Hogan
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806

Laura Davis Jones
Pachulski Stang Ziehl Young & Weintraub, PC
P.O. Box 8705
919 N. Market St., Suite 1600
Wilmington, DE 19899-8705